01

02

03

04

05

06                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
07                                      AT SEATTLE

08    ANTHONY G. HERBERT,                    )
                                             )    CASE NO. C13-0044-TSZ-MAT
09            Plaintiff,                      )
                                             )
10    v.                                      )    ORDER DENYING MOTION FOR
                                             )    APPOINTMENT OF COUNSEL
11    WALTER LOVELL, et al.,                  )
                                             )
12            Defendants.                     )
      _____        )
13

14            This matter comes before the Court on plaintiff's request for appointment of counsel.

15    The Court, having reviewed plaintiff's request and the balance of the record, does hereby find

16    and ORDER as follows:

17            (1)      Plaintiff's request for appointment of counsel (Dkt. 18) is DENIED.   There is

18    no right to have counsel appointed in cases brought under 42 U.S.C. § 1983.   Although the

19    Court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party proceeding *in*

20    *forma pauperis*, the Court may do so only in exceptional circumstances.   *Wilborn v.*

21    *Excalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986); *Franklin v. Murphy*, 745 F.2d 1221, 1236

22    (9th Cir. 1984); *Aldabe v. Aldabe*, 616 F.2d 1089 (9th Cir. 1980).   A finding of exceptional

ORDER DENYING MOTION FOR
APPOINTMENT OF COUNSEL
PAGE -1

01  circumstances requres an evaluation of both the likelihood of success on the merits and the

02  ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues

03  involved.   *Wilborn*, 789 F.2d at 1331.

04       Plaintiff has neither demonstrated a likelihood of success on the merits nor shown that,

05  in light of the complexity of the legal issues involved, he is unable to articulate his claims *pro*

06  *se*.  Thus, plaintiff has not demonstrated that this case involves exceptional circumstances

07  which warrant appointment of counsel at the present time.

08       (2)    The Clerk shall direct copies of this Order to plaintiff and to the Honorable

09  Thomas S. Zilly.

10       DATED this 15th day of April, 2013.

11

12

13

                                        Mary Alice Theiler
                                        Chief United States Magistrate Judge

14

15

16

17

18

19

20

21

22

ORDER DENYING MOTION FOR
APPOINTMENT OF COUNSEL
PAGE -2