01

02

03

04

05

06

07                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
08                                 AT SEATTLE

09   ANTHONY G. HERBERT,

10                          Plaintiff,          Case No.   C13-0044-TSZ-MAT

11          v.

12   WALTER LOVELL, *et al*.,                   ORDER RE: PENDING MOTIONS

13                          Defendants.

14

15          This is a civil rights action brought under 42 U.S.C. § 1983.   Currently pending before the

16   Court are plaintiff's motion for the Court to begin the discovery process, defendants' motion for

17   summary judgment, and plaintiff's motion for a continuance of defendants' summary judgment

18   motion.   The Court, having reviewed the pending motions, and the balance of the record, does

19   hereby find and ORDER as follows:

20          (1)     Plaintiff's motion for the Court to begin the discovery process (Dkt. No. 32) is

21   DENIED.   Plaintiff asserts in the instant motion that he has not received an order from the

22   Court concerning discovery and he asks the Court to clarify whether the discovery process has

ORDER RE: PENDING MOTIONS
PAGE - 1

01  begun.   The record reflects that the Court issued a pretrial scheduling order on May 17, 2013

02  which established a discovery deadline of August 14, 2013.  (Dkt. No. 24.)   A copy of that

03  Order was mailed to plaintiff at the King County Correctional Facility (KCCF), plaintiff's

04  address of record at that time, but it appears that plaintiff was actually at Western State Hospital

05  (WSH) at the time the order was sent.   (Dkt. No. 25.)   In a letter received by the Clerk of Court

06  on May 21, 2013, plaintiff advised that his address had changed and he requested that any

07  orders sent to him at KCCF from May 13, 2013 to the date of the letter be re-sent to him at WSH.

08  (Dkt. No. 25.)   For reasons that aren't clear from the record, the pretrial scheduling order was

09  apparently never re-sent to plaintiff at WSH.

10          While it is concerning that plaintiff apparently never received the Court's scheduling

11  order, nothing in the record suggests that plaintiff's lack of information concerning scheduling

12  deadlines inhibited his ability to obtain the discovery necessary to litigate this case.   Plaintiff

13  indicates in the instant motion that he served interrogatories and requests for production of

14  documents on defendants in this case.   He does not indicate what, if any, additional discovery

15  is necessary.   Similarly, plaintiff does not indicate in his recently filed motion requesting a

16  continuance of defendants' summary judgment motion that additional discovery is required in

17  order for him to adequately respond to defendants' motion.   Because the discovery deadline

18  previously established by the Court has passed, and because nothing in the record suggests that

19  there is any need for additional discovery at this juncture, the Court declines to issue the order

20  requested by plaintiff.

21          (2)      Plaintiff's motion for a continuance of the summary judgment deadline (Dkt. No.

22  36) is GRANTED.   Plaintiff is directed to file and serve any response to defendants' motion

ORDER RE: PENDING MOTIONS
PAGE - 2

01  for summary judgment not later than ***November 18, 2013***.   Defendants' motion for summary

02  judgment (Dkt. No. 33) is RENOTED for consideration on ***November 22, 2013***.

03          (3)     The Clerk is directed to send a copy of this Order to plaintiff, to counsel for

04  defendants, and to the Honorable Thomas S. Zilly.

05          DATED this <u>24th</u> day of October, 2013.

06

07  _____

    Mary Alice Theiler

08  Chief United States Magistrate Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER RE: PENDING MOTIONS
PAGE - 3