UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY G. HERBERT,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WALTER LOVELL, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. C13-0044-TSZ<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed the original Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, the supplemental Report and Recommendation of Judge Theiler, and the objections thereto, does hereby find and Order:

(1)　The Court adopts the original and supplemental Reports and Recommendations;

(2)　Defendants' motion for summary judgment (Dkt. No. 33) is GRANTED;

(3)　Plaintiff's motion for summary judgment (Dkt. No. 58) is DENIED;

(4)　Plaintiff's complaint and this action are DISMISSED with prejudice; and

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY
JUDGMENT - 1

(5) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Theiler.

DATED this 20th day of June, 2014.

　　　　　　　　　　　　　　　　　　　　　／s／ Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY
JUDGMENT - 2